UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of the original on file in this court
and cases.
STEPHEN R. LUDWIG, CLERK
12/21/06

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 29 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1700

**FILED**
DEC 2 6 2006
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE FEDEX GROUND PACKAGE SYSTEM, INC., EMPLOYMENT PRACTICES LITIGATION (NO. II)*

~~*Terrance E. Ellison v. FedEx Ground Package System, Inc.,* D. Maryland,
C.A. No. 1:06-2491~~ Opposed 12/11/06
~~*Theodore Holloway, Jr. v. FedEx Ground Package System, Inc.,* D. Maryland,
C.A. No. 1:06-2500~~ Opposed 12/14/06
*Lawrence Asbury v. FedEx Ground Package System, Inc.,* S.D. West Virginia,
C.A. No. 5:06-736

### CONDITIONAL TRANSFER ORDER (CTO-13)

On August 10, 2005, the Panel transferred 15 civil actions to the United States District Court for the Northern District of Indiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 381 F.Supp.2d 1380 (J.P.M.L. 2005). Since that time, 25 additional actions have been transferred to the Northern District of Indiana. With the consent of that court, all such actions have been assigned to the Honorable Robert L. Miller, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Indiana and assigned to Judge Miller.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Indiana for the reasons stated in the order of August 10, 2005, and, with the consent of that court, assigned to the Honorable Robert L. Miller, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Indiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 15 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

**Stephen R. Ludwig, Clerk**                                                                 www.innd.uscourts.gov

December 21, 2006

Clerk's Office U.S. District Court
Southern District of West Virginia
PO Box 5009
Beckley, WV 25801

Re: MDL-1700–In re FedEx Ground Package System Inc, Employment Practices Litigation
Your Case #: 5:06cv736
Northern District of Indiana Case #: 3:06cv826

Dear Clerk:

Enclosed you will find a certified copy of the Conditional Transfer Order generated by the Multi-District Litigation Panel of the United States. This order is being sent to you pursuant to the instructions of the MDL Panel. Any future filings should be directed to the Northern District of Indiana, South Bend Division.

Sincerely,

STEPHEN R. LUDWIG, CLERK

s/SD Fikes
By: _____
Deputy Clerk

Reply to South Bend Office

1108 E. Ross Adair Federal Bldg. • 1300 S. Harrison Street • Fort Wayne, Indiana 46802 • (260) 423-3000 • Fax (260) 423-3007
5400 Federal Plaza • Suite 2300 • Hammond, Indiana 46320 • (219) 852-6500 • Fax (219) 852-6509
102 Robert A. Grant Federal Bldg. • 204 South Main Street • South Bend, Indiana 46601 • (574) 246-8000 • Fax (574) 246-8002
214 Charles Halleck Federal Bldg. • 230 North Fourth Street • P.O. Box 1498 • Lafayette, Indiana 47902 • (765) 420-6250 • Fax (765) 420-6273